FILED
CLERK US DISTRICT COURT

JUN - 7 2005

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KARL NUSCH,

    Plaintiff(s),

vs.

SIRIUS INTERNATIONAL INSURANCE CORPORATION, INTERNATIONAL MEDICAL GROUP, INC., et al.,

    Defendant(s).

CV 05-4050 FMC (CWx)

STANDING ORDER REQUIRING SUBMISSION OF INFORMATION REGARDING REMOVAL

DOCKETED ON CM

JUN 13 2005

BY _____ 005

    Upon removal of the action and for good cause appearing, the Court hereby orders the removing defendant or defendants within seven (7) court days of the date of this order to serve and file a submission providing the following information:

    1.    A full explanation if all defendants served at the time of removal did not join in the notice of removal.

    2.    A full explanation if the notice of removal was dated more than thirty (30) days after the first defendant was served.

    3.    If the action has been removed on grounds of diversity jurisdiction, a statement if any of the defendants served at the time of removal is a citizen of the forum state.

    4.    If the action has been removed on grounds of diversity jurisdiction, the citizenship of all named plaintiffs and all named defendants (including citizenship of all members or partners in any non-corporate party), if such states of citizenship were

3

1  not set forth in the notice of removal.

2  If the plaintiff has a response to defendants' submission, such response, if any,
3  shall be filed and served within fourteen (14) court days of the date of removal. Any
4  motion to remand the action to state court based on any procedural defects in the
5  removal must be filed, if any at all, thirty (30) days after removal or sooner. *See* 28
6  U.S.C. § 1447(c).

7  IT IS SO ORDERED.

9  DATED this 7th day of June 2005.

FLORENCE-MARIE COOPER, Judge
UNITED STATES DISTRICT COURT

2